JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN – 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BRIAN MATTHEW McCOLLEY, ) | Case No.  CV 14-03696 JVS (AN) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| WARDEN TEWS, ) | |
| Respondent. ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: June 6, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE